NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANDARD FURNITURE MANUFACTURING CO., INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1230

---

Appeal from the United States Court of International Trade in case no. 07-CV-0028, Judge Timothy C. Stanceu.

---

## ON MOTION

---

## O R D E R

Standard Furniture moves for expedited consideration of its motion for an injunction pending appeal.

On March 5, 2012, this court denied Standard Furniture's motion for an injunction pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for expedited consideration is moot.

FOR THE COURT

MAR 1 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
    Jeffrey S. Grimson, Esq.
    Patrick V. Gallagher, Esq.
    Jessica R. Toplin, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 3 2012

JAN HORBALY
CLERK